ant and Judgment Debtor. H. S. Horton & Company and Illinois Surety Company, Appellants; Daniel Hanly, as Receiver of Melvin Stable Company in Supplementary Proceedings, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Cornelia Meyrson, Appellant, v. Interborough Rapid Transit Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John T. Clarke, Respondent, v. Nathan J. Miller and Another, Appellants, and Abraham P. Miller and Another, Defendants, Individually and as Copartners, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Edith Fabbri, Appellant, v. Anna C. Meyer and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Adam Frank, Appellant, v. Herbert B. Gruber, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Celia Schafer, Respondent, v. Max Held, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Celia Schafer, Respondent, v. Max Held, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Orson C. Hoyt, Respondent, v. Evans R. Dick and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Jacinto Costa, Appellant, v. Frank L. Polk, as Corporation Counsel of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Clara N. Karibe (Formerly Clara N. Earle), Appellant, to Enforce the Payment of Alimony, etc., v. Edward Earle, Respondent. — Order affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Dowling, J., dissented.

W. N. Hallock Company, Inc., Appellant, v. George Kirst, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and the attachment reinstated. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Amanda Renaut, Plaintiff, v. The City of New York, Appellant, Impleaded with Gustav Grossman and Another, Defendants. William F. Schneider, as County Clerk of New York County, Respondent.— Order affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.